JS - 6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re Frederick Marshall Fox,<br><br>Frederick Marshall Fox,<br>    Appellant,<br>    v.<br>JP Morgan Chase Bank NA, et al.,<br>    Appellees. | SACV 14-01826 JVS<br><br>ORDER OF DISMISSAL FOR<br>LACK OF PROSECUTION |

The Court having issued an Order to Show Cause on ___May 13, 2015___ as to why this action should not be dismissed for lack of prosecution, with a written response due on May 22, 2015 and no response having been made,

IT IS HEREBY ORDERED that this action is dismissed for lack of prosecution.

DATED: May 27, 2015

_____
James V. Selna
United States District Judge